IN THE UNITED STATES COURT OF APPEALS

FOR THE DISTRICT OF COLUMBIA CIRCUIT


LIVEVIDEO.AI CORP.,

Petitioner,


v.


FEDERAL COMMUNICATIONS COMMISSION and

UNITED STATES OF AMERICA,

Respondents.


No. _26-1176


AGENCY DOCKETING STATEMENT


1

## Nature of Agency Proceedings

This case arises from proceedings before the Federal Communications Commission in In re Applications for Consent to the Transfer of Control of Paramount Global, MB Docket No. 24-275. The challenged agency action is the Commission's Memorandum Opinion and Order, FCC 25-43, released July 24, 2025, approving the transfer of control at issue in that proceeding.

## Nature of the Case

Petitioner LiveVideo.AI Corp. seeks review of FCC 25-43 under 47 U.S.C. § 402(a) and 28 U.S.C. §§ 2342(1) and 2344. In the alternative, Petitioner seeks mandamus relief under 28 U.S.C. § 1651 and 5 U.S.C. § 706(1) compelling the Commission to act on Petitioner's timely filed Application for Review and related post-order petitions and motions, which Petitioner contends the Commission has unlawfully withheld or unreasonably delayed adjudicating.\

The petition challenges both the lawfulness of the July 24, 2025 Order and the Commission's failure to resolve Petitioner's timely post-order filings in MB Docket No. 24-275. Petitioner has also contemporaneously filed an Emergency Motion for a Stay Pending Review and for an Immediate Administrative Stay.

## Jurisdiction

This Court has jurisdiction under 47 U.S.C. § 402(a), 28 U.S.C. §§ 2342(1) and 2344, and, with respect to the alternative request for mandamus, 28 U.S.C. § 1651 and 5 U.S.C. § 706(1). Venue lies in this Court because the Federal Communications Commission is located in the District of Columbia.

## Standing / Aggrievement

Petitioner LiveVideo.AI Corp. participated in the underlying FCC proceeding and filed multiple submissions in MB Docket No. 24-275 before and after release of the challenged Order, including an Application for Review filed August 1, 2025, together with related petitions for reconsideration, requests for agency action, and later supplementary filings. Petitioner is aggrieved by the Order and the Commission's subsequent failure to act because it asserts concrete competitive, shareholder, procedural, and record-integrity injuries traceable to the agency action and remediable by vacatur, remand, or an order compelling agency action.

## Timeliness

This filing is timely. To the extent FCC 25-43 is deemed final and reviewable, the petition is filed to preserve judicial review. To the extent the Commission's action is not yet final because Petitioner's timely Application for Review and related post-order filings remain pending, Petitioner seeks alternative mandamus relief based on agency action unlawfully withheld or unreasonably delayed.

**Issues Expected to Be Presented**

**The expected issues include:**

Whether FCC 25-43 is unlawful under the Administrative Procedure Act and the Communications Act.

Whether the Commission failed to address material record submissions and procedural objections raised before and after release of the Order.

Whether the Commission's failure to act on Petitioner's timely Application for Review and related post-order filings constitutes agency action unlawfully withheld or unreasonably delayed.

Whether the Court should grant relief including vacatur, remand, mandamus compelling agency action by a date certain, or appropriate interim relief to preserve meaningful judicial review.

Dated: June 26, 2026

Respectfully submitted,

/s/ Alfred C. Constants III

Alfred C. Constants III, Esq.

Constants Law Offices, LLC

115 Forest Avenue, Unit 331

Locust Valley, NY 11560

(516) 200-9660

constantslaw49@gmail.com

Counsel for Petitioner LiveVideo.AI Corp.