IN THE UNITED STATES COURT OF APPEALS

FOR THE DISTRICT OF COLUMBIA CIRCUIT


LIVEVIDEO.AI CORP.,

Petitioner,


v.


FEDERAL COMMUNICATIONS COMMISSION and

UNITED STATES OF AMERICA,

Respondents.


No.: 26-1176


PROVISIONAL CERTIFICATE OF PARTIES, RULINGS, AND

RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), Petitioner LiveVideo.AI Corp. submits this provisional certificate.

A. Parties and Amici

Petitioner:

LiveVideo.AI Corp.

Respondents:

Federal Communications Commission

United States of America

Parties in the underlying agency proceeding whose interests may be affected by this petition include:

Skydance Media, LLC

Paramount Global

Harbor Entertainment Inc.

Paramount Skydance Corporation

Petitioner is not presently aware of any amici in this Court in this matter.

B. Rulings Under Review

The ruling principally under review is the Federal Communications Commission's Memorandum Opinion and Order in In re Applications for Consent to the Transfer of Control of Paramount Global, MB Docket No. 24-275, FCC 25-43, released July 24, 2025.

Also relevant to the alternative mandamus request is the Commission's failure to adjudicate Petitioner's timely filed Application for Review and related post-order petitions and motions in the same docket.

C. Related Cases

Petitioner is aware of the following related matters:

The underlying agency proceeding, In re Applications for Consent to the Transfer of Control of Paramount Global, MB Docket No. 24-275 (FCC).

LiveVideo.AI Corp. v. Redstone, No. 24-CV-6290 (DEH) (BCM) (S.D.N.Y.).

The related appeal identified in the current matter materials as No. 25-2954 (2d Cir.).

The related foreign-ownership proceeding identified in the current matter materials as Paramount Global Petition for Declaratory Ruling, MB Docket No. 26-93, to the extent it involves overlapping issues concerning post-approval consequences and potential interim relief.

Petitioner is not presently aware of any prior appeal in this Court arising from FCC 25-43 other than any matter the Court may identify in its own docketing process.

Dated: June 26, 2026

Respectfully submitted,

/s/ Alfred C. Constants III

Alfred C. Constants III, Esq.

Constants Law Offices, LLC

115 Forest Avenue, Unit 331

Locust Valley, NY 11560

(516) 200-9660

constantslaw49@gmail.com

Counsel for Petitioner LiveVideo.AI Corp.

IN THE UNITED STATES COURT OF APPEALS

 FOR THE DISTRICT OF COLUMBIA CIRCUIT

LIVEVIDEO.AI CORP.,

 Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION and

 UNITED STATES OF AMERICA,

 Respondents.

No. _2611-76

CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Petitioner LiveVideo.AI Corp. states as follows:

1. LiveVideo.AI Corp. is a privately held corporation.

2. LiveVideo.AI Corp. has no parent corporation.

3. No publicly held corporation owns 10% or more of LiveVideo.AI Corp.'s stock.

4. LiveVideo.AI Corp. is not aware of any publicly held corporation with a direct financial interest in the outcome of

this litigation within the meaning of the applicable rules, other than as may be disclosed by other parties.

Dated: June 26, 2026

Respectfully submitted,

/s/ Alfred C. Constants III

Alfred C. Constants III, Esq.

Constants Law Offices, LLC

115 Forest Avenue, Unit 331

Locust Valley, NY 11560

(516) 200-9660

constantslaw49@gmail.com

Counsel for Petitioner LiveVideo.AI Corp.

IN THE UNITED STATES COURT OF APPEALS

 FOR THE DISTRICT OF COLUMBIA CIRCUIT

LIVEVIDEO.AI CORP.,

 Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION and

 UNITED STATES OF AMERICA,

 Respondents.

No. _____ 2611-76

CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, I filed the following documents using the Court's CM/ECF system, which will serve registered counsel of record, if any:

- Petition for Review of Agency Action

- Emergency Motion for a Stay Pending Review and for an Immediate Administrative Stay;

- Corporate Disclosure Statement; and

- Exhibits in Support of Petition and Motion

I further certify that on June 26, 2026, I caused true and correct copies of the foregoing papers to be served by first-class mail on:

Federal Communications Commission

Office of General Counsel

45 L Street, N.E. Washington, D.C. 20554

Attorney General of the United States

U.S. Department of Justice

950 Pennsylvania Avenue, N.W. Washington, D.C. 20530-0001

Dated: June 26, 2026

Respectfully submitted,

<u>/s/ Alfred C. Constants III</u>

Alfred C. Constants III, Esq.

Constants Law Offices, LLC

115 Forest Avenue, Unit 331

Locust Valley, NY 11560

(516) 200-9660

constantslaw49@gmail.com

Counsel for Petitioner LiveVideo.AI Corp.