# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-1176**                    **September Term, 2025**

**FCC-25-43**

**Filed On:** June 30, 2026

LiveVideo.AI Corp.,

      Petitioner

      v.

Federal Communications Commission and
United States of America,

      Respondents

**BEFORE:**    Millett, Wilkins, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending judicial review, which includes a request for an administrative stay, it is

**ORDERED** that respondents file a response to the emergency motion for stay by Thursday, July 9, 2026. Petitioner may file a reply by Thursday, July 16, 2026.

## Per Curiam

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

      BY:    /s/
             Selena R. Gancasz
             Deputy Clerk