ORAL ARGUMENT NOT YET SCHEDULED

No. 26-1176

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**LIVEVIDEO.AI CORP.,**

Petitioner,

v.

**FEDERAL COMMUNICATIONS COMMISSION and**

**UNITED STATES OF AMERICA,**

Respondents.

_____

ON PETITION FOR REVIEW OF AN ORDER OF THE

FEDERAL COMMUNICATIONS COMMISSION

_____

**PETITIONER'S DESIGNATION OF THE PARTS OF THE**

**RECORD TO BE INCLUDED IN THE APPENDIX**

_____

Alfred C. Constants III, Esq.
Constants Law Offices, LLC
115 Forest Avenue, Unit 331
Locust Valley, NY 11560
(516) 200-9660
constantslaw49@gmail.com

Counsel for Petitioner LiveVideo.AI Corp.

1

## DESIGNATION OF THE RECORD

Pursuant to Federal Rule of Appellate Procedure 30(b)(1) and 30(c)(1), and D.C. Circuit Rule 30, Petitioner LiveVideo.AI Corp. designates the parts of the record set forth below for inclusion in the appendix. Petitioner's brief was filed on July 27, 2026, and this designation is served and filed on July 28, 2026, the following day. Petitioner respectfully requests that it be accepted as timely, and states that no party is prejudiced by the one-day interval: Respondents' period under Rule 30(b)(1) to designate additional parts of the record runs from service of this designation, and the appendix has not been filed.

Petitioner is concurrently moving for leave to file the appendix on a deferred basis under Rule 30(c). This designation is served without regard to the disposition of that motion. If deferral is granted, the designation governs the appendix filed after Respondents' brief; if it is denied, the designation governs the appendix Petitioner files on whatever schedule the Court sets. In either posture Respondents receive the full period Rule 30(b)(1) affords them.

The designated materials are listed in chronological order and include the order under review, the relevant docket entries in MB Docket Nos. 24-275 and 26-93, and the portions of the record on which Petitioner relies. The "Ex." column cross-references the exhibit designations used in Petitioner's brief; entries marked "R. 30(a)" are designated because that Rule requires their inclusion.

2

Pursuant to Rule 30(b)(1), Respondents may, within 14 days after receiving this designation, serve a designation of additional parts of the record to which they wish to direct the Court's attention. Petitioner will include any parts so designated in the appendix.

Petitioner has excluded materials not cited in the briefs and has omitted duplicative copies of documents appearing more than once in the agency docket. Petitioner reserves the right to supplement this designation in light of the issues presented by Respondents' brief, consistent with the purpose of the deferred-appendix procedure.

# DESIGNATED MATERIALS

*(Chronological)*

| Item | Date | Document | Source / Citation | Ex. | Basis |
|---|---|---|---|---|---|
| 1 | Nov. 2024 – Jan. 2025 | LiveVideo.AI Corp., Petition to Deny, and supporting authenticated evidence — Petitioner's first filing in the proceeding | MB Docket No. 24-275 | B | Record |
| 2 | 2025 | LiveVideo.AI Corp., ECFS Submission, Undisclosed Meetings with Political Figures | MB Docket No. 24-275; ECFS No. 121748636152 | B | Record |
| 3 | Dec. 9, 2024 | Clerk's Certificate of Default as to National Amusements, Inc. (service effected Nov. 6, 2024) | LiveVideo.AI Corp. v. Redstone, No. 24-cv-6290 (DEH)(BCM) (S.D.N.Y.), Dkts. 61–63 | S | Jud. notice |
| 4 | Dec. 11, 2024 | National Amusements, Inc., Letter-Motion to Set Aside Default (asserting NAI "has never been properly served in this action" and requesting relief under Fed. R. Civ. P. 55(c)) | LiveVideo.AI Corp. v. Redstone, No. 24-cv-6290 (DEH)(BCM) (S.D.N.Y.), Dkt. 65; see Order, Dkt. 66 (Moses, M.J.) (Dec. 11, 2024) (quoting the letter-motion) | S | Jud. notice |
| 5 | Dec. 17, 2024 | New Pluto Global, Inc. (now Paramount Skydance Corp.), Amendment No. 1 to Form S-4 Registration Statement (cover dated Dec. 16, 2024) — excerpt: cover pages and the page stating that "[a]s of the date of this information statement/prospectus, the defendants have not been served." The representation appears three times in this filing, at pp. 53, 64, and 180; the excerpt reproduces the first | Reg. No. 333-282985, Accession No. 0001193125-24-279901 (SEC EDGAR); excerpted from pp. 1–2 and 53 of the filing as filed | S | Jud. notice |
| 6 | Dec. 18, 2024 | National Amusements, Inc., Letter Motion to Vacate Default | No. 24-cv-6290 (S.D.N.Y.) | S | Jud. notice |
| 7 | Dec. 20, 2024 | LiveVideo.AI Corp., Petition for Leave to Amend, attaching the proposed supplemental complaint asserting a federal antitrust claim under Section 4 of the Clayton Act, 15 U.S.C. § 15, and the motion for leave filed concurrently in the Southern District of New York — filed eleven days after the Clerk's Certificate of Default | MB Docket No. 24-275 (ECFS, filed Dec. 20, 2024); see LiveVideo.AI Corp. v. Redstone, No. 24-cv-6290 (DEH)(BCM) (S.D.N.Y.), Dkts. 128–130 | S | Record |

| Item | Date | Document | Source / Citation | Ex. | Basis |
|---|---|---|---|---|---|
| 8 | Jan. 2, 2025 | Applicants' Consolidated Opposition to Petitions and Response to Comments (excerpt: at 3 & n.12) | MB Docket No. 24-275 | C | Record |
| 9 | Jan. 13, 2025 | LiveVideo.AI Corp., Reply to Consolidated Opposition in Support of Petition to Deny (excerpt: at 5–6) | MB Docket No. 24-275 | D | Record |
| 10 | June 4, 2025 | LiveVideo.AI Corp., Ex Parte Notice: Ellison/Trump UFC Meeting Allegations | MB Docket No. 24-275; ECFS No. 12172715422979 (portal-confirmed June 4, 2025). Companion June 5, 2025 notice already before the Court at Doc. #2182493, Suppl. Ex. 1 | J | Record |
| 11 | June 16, 2025 | LiveVideo.AI Corp., Submission of Authenticated Evidence (supplemental ex parte, UFC 316 ringside video; second report to OGC on ex parte compliance) | MB Docket No. 24-275; ECFS Nos. 122070336888 and 1061654241636 (both June 16, 2025). Already before the Court at Doc. #2182493, Suppl. Ex. 4 | E | Record |
| 12 | June 20, 2025 | LiveVideo.AI Corp., Petition for Declaratory Ruling (47 C.F.R. §§ 1.1202(a), 1.1206(a)(1), 1.1208(b), 1.1216) | MB Docket No. 24-275 | E | Record |
| 13 | July 17, 21, 22 & 23, 2025 | Applicants' Ex Parte Notices (four notices; omitting pending Congressional inquiries) | MB Docket No. 24-275 | B | Record |
| 14 | July 23, 2025 | Congressional Correspondence (docketed) | MB Docket No. 24-275; ECFS No. 10723133656643. Already before the Court at Doc. #2182493, Suppl. Ex. 2, and in the Motion Appendix (June 26, 2026), Ex. F | F | Record |
| 15 | July 24, 2025 | **ORDER UNDER REVIEW — Memorandum Opinion and Order, FCC 25-43** | MB Docket No. 24-275 (rel. July 24, 2025). Already before the Court in the Motion Appendix (June 26, 2026), Ex. A | A | Record |
| 16 | Aug. 1, 2025 | LiveVideo.AI Corp., Application for Review (47 C.F.R. § 1.115) | MB Docket No. 24-275; ECFS No. 10805276617887. The | G | Record |

| Item | Date | Document | Source / Citation | Ex. | Basis |
|------|------|----------|-------------------|-----|-------|
| | | | Commission's Proceeding 24-275 History Report lists an APPLICATION FOR REVIEW filed by Petitioner on 08/01/2025, confirming the date stated in the brief; the separate PETITION FOR REVIEW listed on 08/05/2025 is a different filing | | |
| 17 | Aug. 7, 2025 | Ropes & Gray LLP, Ropes & Gray Advised National Amusements in Sale to Skydance Media Affiliates to Complete Paramount-Skydance Merger | Firm publication | K | Jud. notice |
| 18 | Aug. 11, 2025 | LiveVideo.AI Corp., Petition to Release Office of General Counsel Ex Parte Determinations (47 C.F.R. §§ 1.1214, 1.1216) | MB Docket No. 24-275 | H | Record |
| 19 | Aug. 12 & Sept. 30, 2025 | Report and Recommendation, and Order adopting same (post-dating FCC 25-43 by 19 and 68 days) | No. 24-cv-6290 (S.D.N.Y.) | T | Jud. notice |
| 20 | Aug. 18, 2025 | MLex articles submitted to the docket (Skydance CEO non-disclosure of meeting with the President; applicants' non-response to Congress; Shell "omission") | MB Docket No. 24-275; ECFS Submission 1082111839300. Already before the Court at Doc. #2182493, Suppl. Ex. 3, and in the Motion Appendix (June 26, 2026), Ex. K | W | Record |
| 21 | Aug. 18, 2025 | Letter from United States Senate to FCC Chairman Brendan Carr | MB Docket No. 24-275 (filed with Motion Appendix, June 26, 2026, at 141–144) | J | Record |
| 22 | Aug.–Dec. 2025 | LiveVideo.AI Corp., Successive Petitions for Reconsideration; Motions for Production, to Supplement, to Reopen, for Summary Decision, and to Compel; Petition for Decision on an Incomplete Record | MB Docket No. 24-275 | B | Record |
| 23 | Jan. 29, 2026 | Report & Order, GN Docket No. 25-149, FCC 26-3 (revised foreign-ownership framework); 47 C.F.R. § 1.5001(k) | GN Docket No. 25-149 | U | Jud. notice |

| Item | Date | Document | Source / Citation | Ex. | Basis |
|---|---|---|---|---|---|
| 24 | Mar. 3, 2026 | Chairman's public statements re Paramount–WBD review (CNBC; Ars Technica) | Press reports | J | Jud. notice |
| 25 | Mar. 23, 2026 | Letter from Sens. Booker, Schiff & Warren to FCC Chairman Carr (objecting to "pretty quickly" / "minimal" / "pro forma" review; demanding full § 310(b) review) | MB Docket Nos. 24-275, 26-93 | J | Jud. notice |
| 26 | Apr. 14, 2026 | LiveVideo.AI Corp., Supplement (undisclosed UFC 314 / UFC 316 contacts; pre-closing treatment of the $7.7 billion rights deal; event-infrastructure build-out; Cipriani allegations) | MB Docket No. 24-275 | I | Record |
| 27 | Apr. 24, 2026 | Paramount Global, Petition for Declaratory Ruling (disclosing ~49.5% foreign ownership; seeking advance approval up to 100%) | MB Docket No. 26-93. Excerpt already before the Court in the Motion Appendix (June 26, 2026), Ex. E | N | Jud. notice |
| 28 | Apr. 24, 2026 | FCC Public Notice establishing the pleading cycle for Paramount's Section 310(b)(4) petition, with Attachment listing Paramount licensees | MB Docket No. 26-93; DA 26-446. Already before the Court at Doc. #2183690, Suppl. Ex. 2 | X | Jud. notice |
| 29 | May 20, 2026 | Letter from U.S. Senators to FCC Chairman | MB Docket Nos. 24-275, 26-93 | J | Jud. notice |
| 30 | June 16, 2026 | Certification of the Committee for the Assessment of Foreign Participation in the U.S. Telecommunications Services Sector (responses "complete") | MB Docket No. 26-93 | V | Jud. notice |
| 31 | June 18, 2026 | Letter from Sens. Booker, Schiff & Warren to FCC Chairman Carr (foreclose closing before § 310(b)(4)/Committee review; reject up-to-100% under § 1.5001(k)) | MB Docket Nos. 24-275, 26-93 | J | Jud. notice |
| 32 | June 23, 2026 | Applicants' Supplement to Ownership Structure (first disclosure that 99% of the direct equity of RedBird Capital Partners L.P. is held by unnamed limited partners) | MB Docket No. 26-93 | N | Jud. notice |
| 33 | June 29, 2026 | OGE Form 278e — limited pages: (i) entity names, locations, and ownership-split information in jurisdictions implicated by the Section 310(b)(4) petition; and (ii) Part 2 | U.S. Office of Government Ethics. Already before the Court at Doc. #2183690, Suppl. Ex. 4 | M | Jud. notice |

| Item | Date | Document | Source / Citation | Ex. | Basis |
|------|------|----------|-------------------|-----|-------|
| | | line 431 (Legal Settlements), reporting five settlements — 431.1 X Corp. $8,000,000; 431.2 American Broadcasting Companies, Inc. $16,000,000; 431.3 CBS Broadcasting Inc. and CBS Interactive Inc. $16,000,000; 431.4 Meta Platforms, Inc. $24,500,000; 431.5 Alphabet, Inc. $22,000,000 — with net proceeds of 431.2, 431.3, and 431.4 paid to The Donald J. Trump Presidential Library Foundation, Inc. | (limited pages); p. 869 not previously filed Also included is Part 9 (Gifts and Travel Reimbursements), entries 5 and 6, at p. 847 of 847, reporting tickets to UFC 314 and UFC 316. | | |
| 34 | Annual reports 2018–2025 | Brendan Carr, Executive Branch Personnel Public Financial Disclosure Reports (OGE Form 278e), Part 9 (Gifts and Travel Reimbursements) — annual entries reporting free attendance at Kennedy Center Honors events from CBS Corporation, ViacomCBS, and Paramount | U.S. Office of Government Ethics; FCC certifications by agency ethics official | Y | Jud. notice |
| 35 | July 2026 | ProPublica, FCC Officials Took Gifts From Paramount While It Had Business Before Them (reporting Chairman Carr's acceptance of tickets worth at least $63,000 since his 2017 appointment, and Commissioner Trusty's acceptance of tickets worth more than $12,000) | Press report (public ethics-disclosure records) | Z | Jud. notice |
| 36 | July 16, 2026 | FCC Proceeding 24-275 History Report (reflecting a single Bureau merits action and no disposition thereafter) | ECFS, generated July 16, 2026 | O | Record |
| 37 | July 20 & 23, 2026 | Temporary Restraining Order enjoining consummation (Dkt. No. 141), and Order re Scheduling and Extending Temporary Restraining Order through Aug. 17, 2026 (Dkt. No. 166) | California v. Paramount Skydance Corp., No. 4:26-cv-07116-AMO (N.D. Cal.); companion Order, Writers Guild of Am., W., Inc. v. Paramount Skydance Corp., No. 4:26-cv-07212-AMO (Dkt. No. 63) | Q | Jud. notice |
| 38 | Undated / as filed | Statement of dissenting Commissioner; state investigative demand; state Attorney General inquiry; multistate coalition correspondence | Public agency records | R | Jud. notice |
| 39 | — | Docket sheet, MB Docket No. 24-275 (relevant entries) | FCC ECFS | R. 30(a) | Record |

| Item | Date | Document | Source / Citation | Ex. | Basis |
|------|------|----------|-------------------|-----|-------|
| 40 | — | Docket sheet, MB Docket No. 26-93 (relevant entries) | FCC ECFS | R. 30(a) | Jud. notice |
| 41 | June 26, 2026 | Petition for Review | D.C. Cir. No. 26-1176 | R. 30(a) | Record |
| 42 | June 7, 2025 | Video footage UFC 316 ex parte | .mp4 here: https://docsend.com/v/d54mk/ufc-316-ex-parte-skydance-negotiation<br><br>video/box submission as part of joint appendix | | Jud notice |

9

**CERTIFICATE OF SERVICE**

I certify that on July 28, 2026, I electronically filed the foregoing Designation of the Parts of the Record to Be Included in the Appendix with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system, which will serve all counsel of record registered in this case.

<u>/s/ Alfred C. Constants III</u>
Alfred C. Constants III
Counsel for Petitioner