# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1176** **September Term, 2025**

**FCC-25-43**

**Filed On: August 27, 2026** **[2190331]**

LiveVideo.AI Corp.,

Petitioner

v.

Federal Communications Commission and
United States of America,

Respondents

**O R D E R**

Upon consideration of petitioner's notice of withdrawal; and petitioner's motion for leave to file its opposition to respondents' motion to dismiss, and the lodged opposition to the motion to dismiss, it is

**ORDERED** that petitioner's opening brief filed July 27, 2026, petitioner's filing styled as a designation of parts of the record to be included in the appendix, and petitioner's filing styled as a motion for leave to file a deferred appendix be deemed withdrawn. The Clerk is directed to note the docket accordingly. It is

**FURTHER ORDERED** that the motion for leave to file be granted. The Clerk is directed to file the lodged opposition to the motion to dismiss. Any reply in support of the motion to dismiss is due September 3, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Louis Karl Fisher
Deputy Clerk