Federal Communications Commission
Office of General Counsel—Litigation Division
45 L Street NE • Washington, DC 20554
Tel: (202) 418-1740 • Fax: (202) 418-2819

September 18, 2026

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave NW
Washington, D.C. 20001

Re: *LiveVideo.AI Corp. v. FCC*, No. 26-1176

Dear Mr. Cislak:

The FCC writes in response to petitioner LiveVideo.AI Corp.'s Sept. 17, 2026 letter submitted under Federal Rule of Appellate Procedure 28(j).

LiveVideo's letter states that in *Brown v. FCC*, No. 26-1785 (4th Cir. Aug. 25, 2026), "[t]he Fourth Circuit . . . held that an FCC action may be judicially reviewable notwithstanding a pending Application for Review." Letter 2. But the letter omits *Brown*'s relevant subsequent history. On September 4, the Supreme Court issued a *per curiam* order recalling and granting a stay of the Fourth Circuit's mandate. *See Nat'l Republican Congressional Comm. v. Brown*, No. 26A274, 2026 WL 2618462 (U.S. Sept. 4, 2026) (per curiam). Because "the Communications Act makes clear that an aggrieved party must wait for the Commission to resolve its application for review by order before filing a petition for judicial review," the Supreme Court held that "the Fourth Circuit likely lacked statutory jurisdiction" in *Brown*. *Id.* at *1–2. That conclusion is consistent with this Court's binding precedent that "[o]ngoing agency review renders an order nonfinal for purposes of judicial review." *International Telecard Ass'n v. FCC*, 166 F.3d 387, 388 (D.C. Cir. 1999). *Brown* thus confirms, not "undercuts" (Letter 2), Respondents' position that LiveVideo's petition for review is incurably premature and must be dismissed.

Respectfully submitted,

*/s/ Adam L. Sorensen*
Adam L. Sorensen
*Counsel*

cc: All counsel (via CM/ECF)